# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131833

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CONNIE RUSSELL,
           Plaintiff-Appellant,

v

PBG MICHIGAN, L.L.C.,
           Defendant-Appellee.

SC: 131833
COA: 263903
Wayne CC: 04-427528-CZ

_____/

On order of the Court, the application for leave to appeal the May 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

t1120